UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:23-CV-163-CRS

AMBER REID                                                                                    PLAINTIFF

v.

TENANT TRACKER, INC. et al.                                                       DEFENDANT

## ORDER OF DISMISSAL

Plaintiff Amber Reid has notified the Court that a settlement has been reached as to her claims against the last remaining Defendant in this case, Transworld Systems, Inc. *See* DN 15. Accordingly, **IT IS HEREBY ORDERED** as follows: Plaintiff's claims in this action against Defendant Transworld System, Inc., are **DISMISSED WITHOUT PREJUDICE**, and as Transworld Systems, Inc. is the only remaining Defendant, this case is **DISMISSED AND STRICKEN** from the active docket with leave to reinstate within forty-five (45) days if the settlement is not consummated. The parties may tender a supplemental order of dismissal with prejudice if they so desire.

Date: November 14, 2023

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record